STATE of Missouri, Plaintiff/Respondent,

v.

Wyman HUSSEY, Defendant/Appellant.

No. 66473.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 3, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 8, 1995.

Application to Transfer Denied
Dec. 19, 1995.

Lew Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Defendant appeals his conviction by a jury for possession of a prohibited article on or about the premises of a correctional facility, § 217.360, RSMo Supp.1991. The court sentenced him as a prior and persistent offender to a twenty year prison term to run consecutively with his prior sentences. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

Ronald W. BARRETT,
Defendant/Appellant,

v.

STATE of Missouri, Plaintiff/Respondent.

No. 67064.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 3, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 8, 1995.

Application to Transfer Denied
Dec. 19, 1995.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Movant appeals the motion court's judgment, after an evidentiary hearing, denying his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).